# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/91

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COLLIER, LACEY A. | Northern District of Florida | July 23, 199 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | X Nomination, Date 7-23-91<br>___ Initial ___ Annual ___ Final | 1 January 1990<br>1 July 1991 |

| 7. Chambers or Office Address |
|---|
| M.C. Blanchard Building, 190 Governmental Center, Pensacola, FL 32501 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee/President-Elect | University of West Florida Foundation |
| Trustee | Pensacola Little Theatre –<br>Pensacola Cultural Center |

CONTINUED - VIII ADDITIONAL INFORMATION

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| _____ | _____ |
| _____ | _____ |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1991 | State of Florida (Salary) | $ 45,000 |
| 1991 | U.S. Navy (Retirement) | $ 11,802 |
| 1990 | State of Florida (Salary) | $ 86,000 |
| 1990 | U.S. Navy (Retirement) | $ 23,604 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>COLLIER, LACEY A. | Date of Report<br>7-23-91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE (No such reportable reimbursements or gifts)

** EXEMPT **

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

☐ NONE (No such reportable gifts)

| ** EXEMPT ** | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Great Western Bank | House mortgage (J) | K |
| Navy Federal Credit Union | Personal Loan (J) | K |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (Cont'd) | Name of Person Reporting<br><br>COLLIER, LACEY A. | Date of Report<br><br>7-23-91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – Income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(X)" Joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br><br>*Exempt* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.1 Code1 (A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value1 Code2 (J-P) | (2)<br>Value Method3 Code3 (Q-W) | (1)<br>Type (e.g. buy,sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value2 Code2 (J-P) | (4)<br>Gain1 Code1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) | If not exempt from disclosure |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | *Exempt* | |
| 1 | House: 3895 Durango Dr. Pensacola, Fl. (J) | D | Rent | L | S | | | | | | |
| 2 | Windsor Mobile Home Pensacola, Fl. (J) | C | Rent | J | W | | | | | | |
| 3 | Legg Mason Value Trust Acct. #7354525 (J) | A | Int | K | T | | | | | | |
| 4 | MFS Gov't Income Plus Trust Acct #9100321472 (S) | A | Int | J | T | | | | | | |
| 5 | St. of Florida Deferred Comp. Security First Life Ins. Co. | B | Int | L | T | | | | | | |
| 6 | Mass. Financial Total Return Trust Acct # 6515288978 | A | Int | J | T | | | | | | |
| 7 | Franklin Multi Income Trust Acct # 769021530 | A | Int | J | T | | | | | | |
| 8 | Money Market Investment (J) AmSouth Bk. Acct#00503019837 | A | Int | J | T | | | | | | |
| 9 | Dreyfus Liquid Assets Acct. #039-0039582040 (J) | A | Int | J | T | | | | | | |
| 10 | Money Market Investment AmSouth Bk. Acct#00503019885 | A | Int | J | T | | | | | | |
| 11 | Dean Witter Liquid Asset Fund Acct # 160-106202400 | A | Int | J | T | | | | | | |
| 12 | Share Savings Account N.F.C.U. Acct # 0056920-002 (J) | A | Int | J | T | | | | | | |
| 13 | Lots 15,16,17 — Soto Grande Unit 4, Pensacola, Fl. (J) | | | K | S | | | | | | |
| 14 | Lot, 8600 Gowman Rd Pensacola, Fl. (J) | | | K | S | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>COLLIER, LACEY A. | Date of Report<br><br>7-23-91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

I.   POSITIONS   Cont.

| | |
|---|---|
| Director/Vice-President | Gulf Coast Economics Club |
| Director/Vice-President | Big Brothers/Big Sisters of<br>Northwest Florida |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _July 23, 1991_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google